428 A.2d 256

Commonwealth v. Harmon, Appellant.

Submitted November 16, 1979. William M. Panella, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

428 A.2d 256

Commonwealth v. Kimple, Appellant.

Submitted April 12, 1979. R. Charles Thomas, for appellants. Douglas W. Ferguson, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.